■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN PARKS, Appellant. (Appeal No. 2.) [765 NYS2d 293] —Appeal from a judgment of Supreme Court, Erie County (Tills, J.), entered July 9, 1999, convicting defendant upon his plea of guilty of attempted sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Parks* (309 AD2d 1172 [2003]). Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.